PD-0563-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/4/2017 2:10 PM
Accepted 10/4/2017 3:58 PM
DEANA WILLIAMSON
CLERK

# DISTRICT ATTORNEY'S OFFICE

### 33rd & 424th Judicial Districts
### COUNTIES OF
### BLANCO • BURNET • LLANO • SAN SABA

FILED
COURT OF CRIMINAL APPEALS
10/4/2017
DEANA WILLIAMSON, CLERK

## Wiley B. McAfee
### District Attorney

1701 E. Polk Street, Burnet, TX 78611 • P. O. Box 725, Llano, TX 78643
(325)247-5755 • (512)756-5449 • w.mcafee@co.llano.tx.us

October 4, 2015

Ms. Deana Williamson
Clerk of Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

Re: Case No. PD-0563-17; Terri Regina Lang v. The State of Texas
Appeal from Cause No. 42185 in the 424th District Court of Burnet County
Court of Appeal #: 13-15-00332-CR

Dear Ms. Williamson:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case. Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us
Texas State Bar No. 03353500

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc: Justin Bradford Smith
Stacey M. Soule